UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
FT GLOBAL CAPITAL, INC.,                              :      **ORDER ON MOTION FOR**
:      **PARTIAL RELIEF**
                         Plaintiff,      :
:      24 Misc. 257 (AKH)
   -against-                                                      :
:
FUTURE FINTECH GROUP, INC.,                      :
:
                         Defendant.     :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant moves for partial relief from my August 28, 2024 Order granting Plaintiff's motion for turnover of assets. In support of its motion, Defendant states that it is unable to fully comply with the Order because certain of its subsidiaries are governed by the laws of foreign jurisdictions, China and Hong Kong. Plaintiff may pursue decisions as to those subsidiaries and the feasibility of transferring shares, membership, or limited partnership interests, and as to those subsidiaries sufficient to satisfy Defendant's judgment debt. The Clerk shall terminate the motion, ECF No. 20.

        SO ORDERED.

Dated:      October 22, 2024
               New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge

1